UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI,<br>KHALID SAAD KHALID AL JABRI,<br>MOHAMMED SAAD KH AL JABRI,<br>NEW EAST (US) INC.,<br>NEW EAST 804 805 LLC,<br>NEW EAST BACK BAY LLC,<br><br>　　　　Defendants. | **Case No. 1:21-cv-10529-NMG** |

**PLAINTIFF SAKAB SAUDI HOLDING COMPANY**
**MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), Plaintiff Sakab Saudi Holding Company ("Sakab") moves to remand the above-captioned case, which it initially brought in the Superior Court Department of the Trial Court, Suffolk County, Commonwealth of Massachusetts ("Suffolk County Superior Court"), because the strict requirements of the removal statute have not been met. *See* 28 U.S.C. § 1441(a). As grounds for its motion, Sakab states that its state-law claims before the Suffolk County Superior Court are not claims over which this Court would have original jurisdiction. 28 U.S.C. § 1441(a). For further elaboration on these grounds, Sakab respectfully refers the Court to the accompanying Plaintiff's Memorandum of Law in Support of Motion to Remand.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Sakab requests oral argument on this motion, as it believes that oral argument may assist the Court in its consideration of this motion.

Dated: April 9, 2021

Respectfully submitted,

SAKAB SAUDI HOLDING COMPANY,

By its attorneys,

/s/ Douglas B. Rosner
Richard M. Zielinski (BBO# 540060)
Douglas B. Rosner (BBO# 559963)
Denis M. King (BBO# 555838)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
rzielinski@goulstonstorrs.com
drosner@goulstonstorrs.com
dking@goulstonstorrs.com

-and-

| | |
|---|---|
| William R. Stein (*Pro Hac Vice*) | Neil J. Oxford (*Pro Hac Vice*) |
| Samuel W. Salyer (*Pro Hac Vice*) | Meaghan Gragg (*Pro Hac Vice*) |
| HUGHES HUBBARD & REED LLP | HUGHES HUBBARD & REED LLP |
| 1775 I St., N.W. | One Battery Park Plaza |
| Washington, D.C. 20006 | New York, New York 10004 |
| Telephone: (202) 721-4600 | Telephone: (212) 837-6000 |
| Facsimile: (202) 721-4646 | Facsimile: (212) 299-6000 |
| william.stein@hugheshubbard.com | neil.oxford@hugheshubbard.com |
| samuel.salyer@hugheshubbard.com | meaghan.gragg@hugheshubbard.com |

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for Plaintiff Sakab certifies that they conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues in dispute.

/s/ Douglas B. Rosner

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants who have appeared in this case as identified on the Notice of Electronic Filing (NEF), with a courtesy copy sent by electronic mail, on April 9, 2021.

                                          /s/ Douglas B. Rosner