# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SAKAB SAUDI HOLDING COMPANY,

        Plaintiff,

    v.

SAAD KHALID S AL JABRI,

KHALID SAAD KHALID AL JABRI,

MOHAMMED SAAD KH AL JABRI,

NEW EAST (US) INC.,

NEW EAST 804 805 LLC,

NEW EAST BACK BAY LLC,

        Defendants.

Case No. 1:21-cv-10529-NMG

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Sakab Saudi Holding Company ("Sakab") originally commenced this civil action in the Superior Court Division of the Trial Court of the Commonwealth of Massachusetts, Suffolk County ("the Superior Court"), on March 24, 2021, by filing the Verified Complaint, naming as Defendants Saad Khalid S Al Jabri, Khalid Saad Khalid Al Jabri, Mohammed Saad Kh Al Jabri (collectively, the "Al Jabri Family Defendants"), and New East (US) Inc. ("US Inc."), New East 804 805 LLC ("804 805"), and New East Back Bay LLC ("Back Bay", and collectively with US Inc. and 804 805, the "New East Defendants") (the New East Defendants, collectively with the Al Jabri Family Defendants and Sakab, the "Parties" and each, a "Party"), in Civil Action No. 2184-cv-00688;

WHEREAS, the New East Defendants deny Sakab's claims as alleged in the Verified Complaint;[1] and

---

[1] The Al Jabri Family Defendants have not yet been served and preserve their objections to personal jurisdiction.

Case 1:21-cv-10529-NMG   Document 21   Filed 04/20/21   Page 2 of 5

WHEREAS, without waiving objections to service or any other objection or defense any of the Defendants may have, Defendants Saad Khalid S Al Jabri and Khalid Saad Khalid Al Jabri on March 29, 2021 filed a Notice of Removal in the United States District Court of the District of Massachusetts (the "District Court"), and along with it Notices of Consent to Removal from Defendant Mohammed Saad Kh Al Jabri and the New East Defendants, such that the action is now pending in the District Court as Case No. 1:21-cv-10529-NMG; and

WHEREAS, Sakab filed in the District Court a Motion to Remand after 6:00pm on April 9, 2021, and pursuant to Local Rule 5.4(d), the Motion is deemed filed on April 12, 2021; and

WHEREAS, the Parties agree that it is in the interest of efficiency for the Court and all Parties to resolve the pending Motion for Remand before an answer or other responsive pleading is filed;

IT IS HEREBY STIPULATED, AGREED, AND SO ORDERED THAT:

1.     The deadline for any properly-served Defendant to file an answer to or a motion to dismiss Sakab's complaint shall be fourteen days after a decision on the Motion to Remand is issued.

2.     By agreeing to this Stipulation, no Party is waiving (i) any objection to the personal jurisdiction or subject matter jurisdiction of the District Court or Superior Court over him or it, or to the lack or adequacy of service of process; or (ii) any claim or defense.  Moreover, Sakab is prohibited from using this Stipulation to assert personal jurisdiction over any Defendant.

3.     Each individual signing this Stipulation on behalf of a legal entity represents and warrants that he or she has the authority to do so, and that the legal entity has the legal capacity and authority to enter into the Stipulation, and that the legal entity will be bound by this Stipulation.

[Remainder of page intentionally left blank]

DATED:       April 16, 2021

/s/    Richard M. Zielinski
Richard M. Zielinski (BBO#540060)
Douglas B. Rosner (BBO# 559963)
Denis M. King (BBO# 555838)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
rzielinski@goulstonstorrs.com
drosner@goulstonstorrs.com
dking@goulstonstorrs.com

William R. Stein (*Pro Hac Vice*)
Samuel W. Salyer (*Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
1775 I St., N.W.
Washington, D.C. 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
william.stein@hugheshubbard.com
samuel.salyer@hugheshubbard.com

Neil J. Oxford (*Pro Hac Vice*)
Meaghan Gragg (*Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 299-6000
neil.oxford@hugheshubbard.com

*Attorneys for Sakab Saudi Holding
Company*

/s/    R. Robert Popeo
R. Robert Popeo (BBO #403360)
Scott C. Ford (BBO #629280)
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Phone: (617) 348-1744
Fax: (617) 542-2241
rrpopeo@mintz.com
scford@mintz.com

Lindsay C. Harrison (*Pro Hac Vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Attorneys for Saad Khalid S Al Jabri &
Khalid Saad Khalid Al Jabri*

/s/      Faith Gay
Faith Gay (*Pro Hac Vice*)
Caitlin Halligan (*Pro Hac Vice*)
Josh Margolin (*Pro Hac Vice*)
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 390-9000
fgay@selendygay.com
challigan@selendygay.com
jmargolin@selendygay.com

Jamie A. Santos (BBO# 689946)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
jsantos@goodwinlaw.com

*Attorneys for Mohammed Saad Kh Al Jabri,*
*NEW EAST (US) INC., NEW EAST 804 805*
*LLC, and NEW EAST BACK BAY LLC*


SO ORDERED this 20ᵗʰ day of ___April___, 2021

_____
HON. NATHANIEL M. GORTON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021 I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the District of Massachusetts' Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.


By: /s/   Faith Gay
Faith Gay (*Pro Hac Vice*)