IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI, *et al.*,<br><br>Defendants. | Case No. 21-cv-10529-NMG |

**UNITED STATES' NOTICE OF POTENTIAL PARTICIPATION AND
REQUEST FOR EXTENSION OF TIME**

The United States respectfully submits this notice to advise the Court of its potential interest and participation in this matter and to request that the Court extend Defendants' deadline to respond to the motion to remand, ECF No. 17, until June 10, 2021.

The United States is considering whether it has an interest in this case, and if so, whether it will seek to intervene as a party or otherwise participate pursuant to 28 U.S.C. § 517.[1] That process is still ongoing, however, as the United States only became aware of this litigation on the day it was removed to this Court, March 29, 2021.

As a general rule, the United States does not—and cannot—confirm or deny allegations of classified national security activities. The Government understands, however, that in their response to Plaintiff's motion to remand Defendants intend to describe information concerning alleged national security activities purportedly put at issue in these proceedings. *See* Notice of

---

[1] Section 517 provides that "[t]he Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States."

Removal ¶ 42, ECF No. 1. Accordingly, the Government is considering whether and how to participate in this action, including if necessary and applicable, through an assertion of appropriate governmental privileges. These deliberations require careful consideration and coordination within the Executive Branch. This interagency process can take significant time.

To afford the United States additional time to determine its potential interest, the Government respectfully requests that the Court extend Defendants' deadline to respond to the motion to remand, until June 10, 2021. Deferral of briefing and consideration of the motion to remand is particularly appropriate where formal intervention by the Government in this case would provide a basis for federal jurisdiction in this Court. *See* 28 U.S.C. § 1442(a)(1).

The Government proposes to advise the Court how it seeks to proceed in this matter by May 26, 2021. In the meantime, we anticipate conferring further with both parties to understand their respective positions and to assess whether and how any interest of the Government can be addressed. The United States appreciates the Court's consideration of its potential interest in this case and regrets any inconvenience to the Court and the parties.

Dated: April 26, 2021                         Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Acting Assistant Attorney General, Civil Division

                                              ANTHONY J. COPPOLINO
                                              Deputy Director, Federal Programs Branch

                                              */s/ James Powers*
                                              JAMES R. POWERS (TX Bar No. 24092989)
                                              Trial Attorney
                                              Federal Programs Branch
                                              U.S. Department of Justice, Civil Division
                                              1100 L Street, NW
                                              Washington, DC 20005
                                              Telephone: (202) 353-0543
                                              Email: james.r.powers@usdoj.gov
                                              *Counsel for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2021, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      /s/ *James Powers*
      JAMES POWERS