United States District Court
District of Massachusetts

```
_____
                               )
Sakab Saudi Holding Co.,       )
                               )
        Plaintiff,             )
                               )
        v.                     )    Civil Action No.
                               )    21-10529-NMG
Al Jabri, et al.,              )
                               )
        Defendants.            )
_____)
```

ORDER

GORTON, J.

This Court has reviewed the government's notice of potential participation and request for extension of time (Docket No. 27) and construes it to be a motion by a non-party for an extension of time. The motion is **DENIED without prejudice.**

If the government wants the Court to extend the deadlines in this civil case, it should file a motion to intervene. If and when such a motion is allowed, it will acquire standing sufficient to petition the Court for the requested extension of time.

So ordered.

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated April 27, 2021