# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAAD KHALID S AL JABRI, ) <br> KHALID SAAD KHALID AL JABRI, ) <br> MOHAMMED SAAD KH AL JABRI, ) <br> NEW EAST (US) INC., ) <br> NEW EAST 804 805 LLC, ) <br> NEW EAST BACK BAY LLC, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-10529-NMG |

## [PROPOSED] ORDER

Considering the Motion to Extend Deadlines for Briefing on Remand Motion:

**IT IS HEREBY ORDERED** that said Motion is **GRANTED.**

1. Defendants' opposition shall be filed on or before June 10, 2021.

2. Plaintiff's reply memorandum shall be filed on or before June 24, 2021.

Dated: April 28, 2021
Boston, Massachusetts

_____
Judge Nathaniel M. Gorton
United States District Judge