# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:21-cv-10529-NMG<br>) |
| SAAD KHALID S AL JABRI, | )<br>) |
| KHALID SAAD KHALID AL JABRI, | ) |
| MOHAMMED SAAD KH AL JABRI, | )<br>) |
| NEW EAST (US) INC., | ) |
| NEW EAST 804 805 LLC, | )<br>) |
| NEW EAST BACK BAY LLC, | ) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

Considering the Motion to Extend Deadlines for Briefing on Remand Motion:

**IT IS HEREBY ORDERED** that said Motion is **GRANTED.**

1. Defendants' opposition shall be filed on or before August 10, 2021.

2. Plaintiff's reply memorandum shall be filed on or before August 24, 2021.

Dated: May _____, 2021
Boston, Massachusetts

_____
Judge Nathaniel M. Gorton
United States District Judge