# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:21-cv-10529-NMG<br>) |
| SAAD KHALID S AL JABRI, | ) |
| KHALID SAAD KHALID AL JABRI, | ) |
| MOHAMMED SAAD KH AL JABRI, | ) |
| NEW EAST (US) INC., | ) |
| NEW EAST 804 805 LLC, | ) |
| NEW EAST BACK BAY LLC, | ) |
| Defendants. | ) |

## ASSENTED-TO MOTION TO EXTEND DEADLINES FOR BRIEFING ON REMAND MOTION

Defendants Saad Khalid S Al Jabri, Khalid Saad Khalid Al Jabri, Mohammed Saad Kh Al Jabri (collectively, the "Al Jabri Family Defendants") and New East (US) Inc., New East 804 805 LLC, and New East Back Bay LLC (collectively, the "New East Defendants"), through their respective counsel of record, hereby move the Court, in light of the United States' Motion to Intervene and Motion for Stay of Briefing on Motion to Remand (ECF No. 40) (the "United States' Motion"), to (i) extend the deadline for Defendants to oppose Plaintiff's Motion to Remand (currently August 10, 2021) to ten (10) days after the Court's ruling on the United States' Motion; and (ii) extend the deadline for Plaintiff to file a reply memorandum (currently August 24, 2021) to twenty-one (21) days after the Defendants' opposition to Plaintiff's Motion to Remand is due. Plaintiff assents to this Motion. In support of this Motion, Defendants state as follows:

1. Plaintiff originally commenced this civil action in the Superior Court Division of the Trial Court of the Commonwealth of Massachusetts, Suffolk County ("the Superior Court") on March 24, 2021, by filing the Verified Complaint in Civil Action No. 2184-cv-00688.

2. Without waiving objections to service or any other objection or defense any of the Defendants may have, Defendants Saad Khalid S Al Jabri and Khalid Saad Khalid Al Jabri on March 29, 2021 filed a Notice of Removal in the United States District Court for the District of Massachusetts, along with Notices of Consent to Removal from Defendant Mohammed Saad Kh Al Jabri and the New East Defendants.[1]

3. Plaintiff filed a Motion to Remand after 6:00 pm on April 9, 2021 (ECF No. 17).

4. On April 23, 2021, this Court granted, in part, the parties' Joint Motion Regarding Briefing on Remand Motion, granting the parties' request to extend the deadlines for Defendants to oppose Plaintiff's Motion to Remand to May 3, 2021, and for Plaintiff to file a reply to May 17, 2021. (ECF Nos. 22, 23). The Court further ordered that "Defendants' opposition to plaintiff's motion to remand, whether filed separately or jointly, shall not exceed 20 pages total and plaintiff's reply shall not exceed 10 pages." (ECF No. 23).

5. On April 26, 2021, the United States filed a Notice of Potential Participation and Request for Extension of Time. (ECF No. 27). In the Notice, the United States advised the Court of its potential interest and participation in this action, and that it required "additional time to determine its potential interest" in this case. The United States further requested that the Court extend Defendants' deadline to respond to the Motion to Remand until June 10, 2021, which will "afford the United States additional time to determine its potential interest." *Id.*

---

[1] By agreeing to this Motion, no party is waiving (i) any objection to the personal jurisdiction or subject matter jurisdiction of the District Court or Superior Court over him or it; or (ii) any claim or defense. Moreover, Plaintiff shall not use this Motion to assert personal jurisdiction over any Defendant.

6. On April 27, 2021, Defendants filed a Motion to Extend Deadlines for Briefing on Remand Motion, based on the United States' Notice (ECF No. 29), which the Court granted that same day (ECF No. 31).

7. On May 26, 2021, the United States filed a Statement of Interest "to provide the Court with additional information regarding its potential interest and participation in this matter, and to support Defendants' forthcoming motion to extend their deadline to respond to the motion to remand, ECF No. 17, until August 10, 2021." (ECF No. 33). The United States proposed to advise the Court on how the United States would seek to proceed on or before August 3, 2021. (ECF No. 33, at 4).

8. The United States reiterated that, consistent with its earlier Notice of Potential Participation (ECF No. 27), it was still "considering whether and how to participate in this action, including if necessary and applicable, through an assertion of appropriate governmental privileges." (ECF No. 33, at 2).

9. On May 26, 2021, Defendants filed a Motion to Extend Deadlines for Briefing on Remand Motion (ECF No. 34), based on the United States' proposal (ECF No. 33). Plaintiff did not oppose this motion (ECF No. 36). The Court granted the request to extend the deadlines on June 2, 2021 (ECF No. 37). Presently, Defendants' opposition to the Motion to Remand is due August 10, 2021, and Plaintiff's reply is due August 24, 2021.

10. On August 3, 2021, the United States filed its Motion to Intervene and Motion for Stay of Briefing on Remand (ECF No. 40), in which it seeks to intervene in this action under Federal Rule of Civil Procedure 24, because "the United States possesses a substantial interest in this litigation because of the risk that further proceedings, including Defendants' response to the

motion to remand, will involve the disclosure of information that could reasonably be expected to damage the national security of the United States" (ECF No. 40 at 1).

11. In its Motion to Intervene and Motion for Stay of Briefing on Remand Motion (ECF No. 40), the United States again requested a stay of the briefing and consideration of the Plaintiff's Motion to Remand, pending adjudication of the United States' Motion, because (1) "the United States' admission as a party to these proceedings would bear substantially on the arguments regarding the motion to remand," and (2) "further briefing in the United States' absence could impair the very interests the United States is intervening to protect" (ECF No. 40 at 1-2, 9-10). The United States further noted that it "anticipates deciding on any further substantive action to protect its interests by August 27, 2021" (ECF No. 40 at 10).

12. Moreover, as the United States has noted, if the United States were to become a party to this case, the pending remand motion would be moot because federal jurisdiction would lie pursuant to 28 U.S.C. § 1442(a)(1) (ECF No 40 at 1, 9).

13. Defendants submit that the interests of justice and judicial economy are best served by granting Defendants' motion to extend the deadline for Defendants to oppose the Motion to Remand to allow briefing and consideration on the United States' Motion, and to allow the additional time requested by the United States to evaluate its interests in the matter.

14. Counsel for Defendants have conferred with counsel for Plaintiff on this Motion, and counsel for Plaintiff assents to this Motion, on the condition that Defendants agree to Plaintiff's request for twenty-one (21) days to file its reply on its Motion to Remand. Defendants have incorporated Plaintiff's request into this Motion.

15. For these reasons, Defendants respectfully request that the Court grant this Motion and extend the deadlines on the briefing schedule on Plaintiff's Motion to Remand as follows:

Defendants' opposition shall be filed no later than ten (10) days after the Court's ruling on the United States' Motion to Intervene (ECF No. 40).

Plaintiff's reply memorandum shall be filed no later than twenty-one (21) days after the filing of Defendants' opposition to Plaintiff's Motion to Remand.

Dated: August 6, 2021                                         Respectfully submitted,

/s/ Faith E. Gay
Faith E. Gay (*Pro Hac Vice*)
Caitlin J. Halligan (*Pro Hac Vice*)
Joshua S. Margolin (*Pro Hac Vice*)
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 390-9000
fgay@selendygay.com
challigan@selendygay.com
jmargolin@selendygay.com

Jaime A. Santos (BBO# 689946)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
jsantos@goodwinlaw.com

*Attorneys for Mohammed Saad Khalid Al Jabri, NEW EAST (US) INC., NEW EAST 804 805 LLC, and NEW EAST BACK BAY LLC*

/s/ Scott C. Ford
R. Robert Popeo (BBO #403360)
Scott C. Ford (BBO #629280)
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Phone: (617) 348-1744
Fax: (617) 542-2241
rrpopeo@mintz.com
scford@mintz.com

Lindsay C. Harrison (*Pro Hac Vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Attorneys for Saad Khalid S Al Jabri & Khalid Saad Khalid Al Jabri*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Scott C. Ford, hereby certify that counsel for the Defendants conferred with counsel for the Plaintiff regarding this Motion on August 6, 2021. Counsel for Plaintiff assents to this Motion.

## CERTIFICATE OF SERVICE

I, Scott C. Ford, certify that on August 6, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the District of Massachusetts' Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

*/s/ Scott C. Ford*
Scott C. Ford