# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI, KHALID SAAD KHALID AL JABRI, MOHAMMED SAAD KH AL JABRI, NEW EAST (US) INC., NEW EAST 804 805 LLC, NEW EAST BACK BAY LLC,<br><br>　　　Defendants. | Case No. 1:21-cv-10529-NMG |

## DR. SAAD ALJABRI'S RESPONSE IN SUPPORT OF
## UNITED STATES' MOTION TO INTERVENE

Defendant Dr. Saad Aljabri ("Defendant" or "Dr. Saad"), by and through his attorneys of record, submits this response in support of the motion to intervene filed by the United States, and states as follows:

1. On August 3, 2021, the United States filed its Motion to Intervene and Motion for Stay of Briefing on Remand (ECF No. 40), in which it seeks to intervene in this action under Federal Rule of Civil Procedure 24, because "the United States possesses a substantial interest in this litigation because of the risk that further proceedings, including Defendants' response to the motion to remand, will involve the disclosure of information that could reasonably be expected to damage the national security of the United States" (ECF No. 40 at 1).

2. Defendant Dr. Saad does not oppose this motion by the United States and consents to the United States' intervention.

3. Furthermore, Dr. Saad understands that the Court will be considering the United States' motion, and that the United States will be considering "what further actions it may take in

this litigation to protect its interests, including potentially asserting the state secrets privilege" (ECF No. 40 at 2). Both the Court and United States would therefore benefit from considering not only the claims by Plaintiff Sakab Saudi Holding Company ("Sakab") against Dr. Saad but also Dr. Saad's answer and counterclaims (ECF No. 42), which raise similar federal questions and similar topics about which the United States has an interest. (*See, e.g.* ECF No. 42 ¶¶ 14–22; 47–55.)

4.  Because both Sakab's claims and Dr. Saad's counterclaims raise federal issues about which the United States possesses a substantial interest, Dr. Saad respectfully requests this Court grant the United States' motion to intervene.

Dated: August 9, 2021

Respectfully submitted,

By:    */s/ Scott C. Ford*

Lindsay C. Harrison *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Phone:  (202) 639 6865
Fax:      (202) 639 6066
lharrison@jenner.com

R. Robert Popeo (BBO #403360)
Scott C. Ford (BBO # 629280)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone:  (617) 348-1744
Fax:      (617) 542-2241
rrpopeo@mintz.com
scford@mintz.com

*Attorneys for Saad Khalid S Al Jabri*

## **CERTIFICATE OF SERVICE**

I, Scott C. Ford, certify that on August 9, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the District of Massachusetts' Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

                                                */s/ Scott C. Ford*
                                                Scott C. Ford