IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI, *et al.*,<br><br>Defendants. | Case No. 21-cv-10529-NMG |

**NOTICE OF LODGING OF CLASSIFIED SUBMISSIONS
FOR *EX PARTE, IN CAMERA* REVIEW**

The United States of America, proposed intervenor in the above-captioned matter, hereby provides notice that it is lodging with the Department of Justice classified information security officer classified declarations that the United States is submitting solely for *in camera*, *ex parte* review by the presiding District Judge in connection with the above-captioned case. These declarations are submitted to provide additional details about the information over which the United States is asserting the state secrets privilege in this litigation. These declarations also support the United States' motion to uphold the assertion of privilege and exclude privileged evidence from this case. ECF No. 47.

The above-referenced declarations, including the identity of the declarants, are classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be disclosed to any person, other than the presiding District Judge in this matter, without proper authorization by the United States. The declarations have been lodged for secure storage and secure transmission to the Court upon request with the United States Department of Justice Litigation Security Group. The Court may contact the Litigation Security Group directly at 145 N Street NE, Suite 2W115,

Washington, D.C., (202) 514-9016, or contact undersigned counsel for the United States to arrange for secure delivery of these submissions, in accordance with applicable handling requirements, for *ex parte*, *in camera* review at the Court's convenience.

Dated: August 27, 2021                    Respectfully submitted,

                                                       BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 27, 2021, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ James Powers*
                                                  JAMES POWERS