# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI,<br>KHALID SAAD KHALID AL JABRI,<br>MOHAMMED SAAD KH AL JABRI,<br>NEW EAST (US) INC.,<br>NEW EAST 804 805 LLC, and<br>NEW EAST BACK BAY LLC,<br><br>    Defendants. | Civil Action No. 1:21-cv-10529-NMG |

## NOTICE OF APPEARANCE OF KEVIN P. MARTIN ON BEHALF OF MOHAMMED SAAD KH AL JABRI, NEW EAST (US) INC., NEW EAST 804 805 LLC, AND NEW EAST BACK BAY LLC

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Kevin P. Martin of Goodwin Procter LLP as counsel of record for Defendants Mohammed Saad Kh Al Jabri, New East (US) Inc., New East 804 805 LLC, and New East Back Bay LLC, in the above-captioned matter.

Dated: September 17, 2021

Respectfully submitted,

Mohammed Saad Kh Al Jabri, New East (US) Inc., New East 804 805 LLC, and New East Back Bay LLC,

By their attorney,

*/s/ Kevin P. Martin*
Kevin P. Martin (BBO# 655222)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax.: 617-523-1231
kmartin@goodwinlaw.com

## CERTIFICATE OF SERVICE

    I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on September 17, 2021.

                                      */s/ Kevin P. Martin*
                                      Kevin P. Martin