UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI,<br>KHALID SAAD KHALID AL JABRI,<br>MOHAMMED SAAD KH AL JABRI,<br>NEW EAST (US) INC.,<br>NEW EAST 804 805 LLC,<br>NEW EAST BACK BAY LLC,<br><br>    Defendants. | Case No. 1:21-cv-10529-NMG |

**DEFENDANTS' JOINDER IN DEFENDANT SAAD ALJABRI'S RESPONSE TO THE U.S. GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

Defendant Khalid Saad Khalid Aljabri, Mohammed Saad Kh Aljabri and Defendants New East (US) Inc., New East 804 805 LLC, and New East Back Bay LLC (collectively, "Joining Defendants") respectively submit this Joinder in Defendant Saad Aljabri's ("Saad Aljabri") Response to the U.S. Government's Motion for a Protective Order ("Response").  ECF No. 51.  The Joining Defendants adopt and incorporate by reference the assertions and arguments made in the Response in their entirety.

Dated: September 17, 2021              Respectfully submitted,

                                       /s/ *Jaime A. Santos*
                                       Faith E. Gay (Pro Hac Vice)
                                       Caitlin J. Halligan (Pro Hac Vice)
                                       Joshua S. Margolin (Pro Hac Vice)
                                       SELENDY & GAY, PLLC
                                       1290 Avenue of the Americas
                                       New York, NY 10104
                                       Phone: (212) 390-9000
                                       fgay@selendygay.com

challigan@selendygay.com
jmargolin@selendygay.com

Kevin P. Martin (BBO# 655222)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1000
afiotto@goodwinlaw.com

Jaime A. Santos (BBO# 689946)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
jsantos@goodwinlaw.com

*Attorneys for Mohammed Saad Kh Al Jabri, NEW EAST (US) INC., NEW EAST 804 805 LLC, and NEW EAST BACK BAY LLC*

*/s/ Scott C. Ford*

R. Robert Popeo (BBO #403360)
Scott C. Ford (BBO # 629280)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Phone:  (617) 348-1744
Fax:  (617) 542-2241
rrpopeo@mintz.com
scford@mintz.com

Lindsay C. Harrison (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com

*Attorneys for Khalid Saad Khalid Aljabri*

2

## CERTIFICATE OF SERVICE

      I, Jaime A. Santos, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 17, 2021.

                                        */s/ Jaime A. Santos*
                                        Jaime A. Santos