IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI, *et al.*,<br><br>Defendants. | Case No. 21-cv-10529-NMG |

## CONSENT MOTION BY INTERVENOR UNITED STATES[1] FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

The United States of America respectfully moves for leave to file a reply in support of its motion for protective order for two limited purposes that could not be addressed in the United States' initial filing: (1) to address the parties' negotiations regarding a revised protective order and (2) to oppose Defendants' proposed addition to the protective order.  The United States has conferred with counsel for the parties and all consent to the United States' request for leave.

The United States has moved for the entry of a protective order based on an assertion of the state secrets and related statutory privileges by the Director of National Intelligence.  ECF No. 47.  The United States subsequently negotiated the terms of its proposed order with the parties and agreed to modification of certain terms of the proposed order in exchange for the parties' consent to the motion.  Although Plaintiff has now consented based on those negotiations, ECF No. 53, Defendants take the position that the order should not be entered without the addition of a term permitting them to use privileged information in moving to dismiss this litigation, ECF No. 51.

---

[1] The United States has filed a motion to intervene as of right, which remains pending.  ECF No. 40.

The United States opposes addition of this term and requests leave to file a reply brief in order to address how inclusion of the term Defendants request would impact the Government's interests. The submission of a reply brief to address the various agreed upon and proposed modifications to the protective order is thus necessary before the Court decides the United States' motion.

For the foregoing reasons, the United States moves for leave to file by October 1 a reply of no more than 10 pages in support of its motion for protective order.

| | |
|---|---|
| Dated: September 22, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | ANTHONY J. COPPOLINO<br>Deputy Director |
| | /s/ *James Powers*<br>JAMES R. POWERS (TX Bar No. 24092989)<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 353-0543<br>Email:  james.r.powers@usdoj.gov |
| | *Counsel for the United States* |

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *James Powers*
JAMES POWERS