UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>    Plaintiff,<br>v.<br><br>SAAD KHALID S AL JABRI,<br>KHALID SAAD KHALID AL JABRI,<br>MOHAMMED SAAD KH AL JABRI,<br>NEW EAST (US) INC.,<br>NEW EAST 804 805 LLC,<br>NEW EAST BACK BAY LLC,<br><br>    Defendants. | Case No. 1:21-cv-10529-NMG |

**DR. SAAD ALJABRI'S MOTION FOR LEAVE TO FILE A SUR-REPLY REGARDING THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER**

Defendant Dr. Saad Aljabri ("Defendant" or "Dr. Saad"), by and through his attorneys of record, submits this motion for leave to file a sur-reply, and states as follows:

1. On August 27, 2021, the United States filed its Motion for a Protective Order to exclude information pursuant to the State Secrets and Related Statutory Privileges, in which it seeks a Protective Order to prevent disclosure of privileged information that "could reasonably be expected to cause serious, and in some cases exceptionally grave, damage to national security." ECF No. 47 at 4.

2. Defendant Dr. Saad filed a Response to the United States' Motion requesting relief from the Court from particular provisions of the proposed Protective Order. ECF No. 51. Specifically, given the breadth of the United States' assertion of the state secrets privilege and the restrictive requirements of the proposed Protective Order, Dr. Saad requested that the Court include in the Protective Order a mechanism through which Dr. Saad could file a motion to dismiss

outside of the restrictions of the Protective Order, in order to ensure Dr. Saad is able to adequately explain to the Court the reasons dismissal is necessary. ECF No. 51.

3. The United States filed a Reply on October 1, 2021 (ECF No. 57), raising new arguments and procedural issues that would impact Dr. Saad's ability to defend this action.

4. The United States attached a revised proposed protective order to its Reply, including modifications proposed by Sakab, and which the United States has assented to in exchange for Sakab's consent for the United States' motion. ECF No. 57-1.

5. A short sur-reply is warranted in order to respond to the new arguments made in the United States' Reply and the revised proposed protective order, and to explain the procedural impracticability and prejudice to the Defendants that would result if the Court adopts the United States' proposed Protective Order. The proposed sur-reply is attached hereto as Exhibit 1.

6. The United States has indicated that it takes no position on Dr. Saad's Motion for leave to file a sur-reply and defers to the Court on whether to allow briefing beyond what is contemplated by the Local Rules.

7. There is no prejudice to the United States or the Plaintiff from the filing of the proposed sur-reply.

WHEREFORE, Dr. Saad respectfully requests that this Court grant him leave to file the attached sur-reply.

Dated: October 4, 2021

Respectfully submitted,

By:  */s/  Scott C. Ford*

R. Robert Popeo (BBO #403360)
Scott C. Ford (BBO # 629280)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Phone:  (617) 348-1744
Fax:  (617) 542-2241
rrpopeo@mintz.com
scford@mintz.com

Lindsay C. Harrison (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com

*Attorneys for Saad Khalid S Al Jabri*

**LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel certifies that counsel for Dr. Saad has conferred with counsel for the United States and attempted in good faith to resolve or narrow the issues raised by this motion. The United States takes no position on Dr. Saad's Motion for leave to file a sur-reply and defers to the Court on whether to allow briefing beyond what is contemplated by the Local Rules.

/s/ Scott C. Ford
Scott C. Ford

**CERTIFICATE OF SERVICE**

I certify that the above Motion was filed electronically and served on the parties and counsel for the United States using the CM/ECF system on October 4, 2021.

/s/ Scott C. Ford
Scott C. Ford