UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI, et al.,<br><br>    Defendants. | Case No. 1:21-cv-10529-NMG |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW RE LIS PENDENS REMEDY

As has been expressed previously, the plaintiff's sole purpose in filing a Massachusetts action is to obtain an *in rem* prejudgment remedy against certain real property located in Massachusetts that it cannot obtain through the *in personum* legal proceedings in Canada. Should it obtain prejudgment relief, the plaintiff intends to seek a stay of this action pending final determination of the Canadian legal proceedings.

Not addressed during the November 22, 2021 hearing on whether the Court should dismiss this case *sua sponte* is a prejudgment remedy requested by the plaintiff that would allow the Court (a) to protect the plaintiff's interest in seeing that the property that is the subject of this action is not transferred prior to final determination of the Canadian proceedings and (b) avoid any risk of the disclosure of state secrets – the issuance of a memorandum of lis pendens, which ***does not require the Court to address the merits*** of either the plaintiff's claims or the defendants' defenses. The plaintiff filed a motion for issuance of a memorandum of *lis pendens* in the state court action (*see* U.S. Dist. Ct. Dkt. #1, Exh. 3 at 86-91), as well as a supporting

memorandum of law addressing its entitlement to the remedy requested.  *See* U.S. Dist. Ct. Dkt. #1, Exh. 3 at 137-153.

The plaintiff respectfully requests leave of court to file a short memorandum of law (attached hereto as Exhibit A) which addresses this remedy, and explains why the issuance of a memorandum of *lis pendens* would resolve the issues presently facing the court and protect the rights of all parties.

WHEREFORE, the plaintiff respectfully requests that its motion be granted.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned represents that co-counsel for the plaintiff contacted counsel for the defendants in a good faith but unsuccessful attempt to resolve or narrow the issue presented by this motion.  While government counsel took no position, no response was forthcoming from defendants' counsel within the time requested.

Respectfully submitted,

SAKAB SAUDI HOLDING COMPANY,

By its attorneys,

*/s/  Denis M. King*
Denis M. King (BBO# 555838)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
dking@goulstonstorrs.com

Dated: November 23, 2021

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants who have appeared in this case as identified on the Notice of Electronic Filing (NEF) on November 23, 2021.

/s/  Denis M. King