UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAKAB SAUDI HOLDING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SAAD KHALID S AL JABRI,<br>KHALID SAAD KHALID AL JABRI,<br>MOHAMMED SAAD KH AL JABRI,<br>NEW EAST (US) INC.,<br>NEW EAST 804 805 LLC,<br>NEW EAST BACK BAY LLC,<br><br>    Defendants. | Case No. 1:21-cv-10529-NMG |

## **NOTICE OF APPEAL**

Notice is hereby given that Sakab Saudi Holding Company, the plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum & Order (ECF No. 77) and Order of Dismissal (ECF No. 78) entered in this action on December 29, 2021.

| | |
|---|---|
| Dated: January 14, 2022 | Respectfully submitted, |
| | SAKAB SAUDI HOLDING COMPANY, |
| | By its attorneys, |
| | /s/ Denis M. King |
| | Richard M. Zielinski (BBO# 540060)<br>Douglas B. Rosner (BBO# 559963)<br>Denis M. King (BBO# 555838)<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>Telephone: (617) 482-1776<br>Facsimile: (617) 574-4112<br>rzielinski@goulstonstorrs.com<br>drosner@goulstonstorrs.com<br>dking@goulstonstorrs.com |
| | -and- |
| William R. Stein (*Pro Hac Vice*)<br>Samuel W. Salyer (*Pro Hac Vice*)<br>HUGHES HUBBARD & REED LLP<br>1775 I St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 721-4600<br>Facsimile: (202) 721-4646<br>william.stein@hugheshubbard.com<br>samuel.salyer@hugheshubbard.com | Neil J. Oxford (*Pro Hac Vice*)<br>Meaghan Gragg (*Pro Hac Vice*)<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 299-6000<br>neil.oxford@hugheshubbard.com<br>meaghan.gragg@hugheshubbard.com |

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants who have appeared in this case as identified on the Notice of Electronic Filing (NEF), with a courtesy copy sent by electronic mail, on January 14, 2022.

                                              /s/ Denis M. King
                                              Denis M. King