# United States Court of Appeals
## For the First Circuit

No. 22-1052

SAKAB SAUDI HOLDING COMPANY,

Plaintiff, Appellant,

v.

SAAD KHALID S. ALJABRI; KHALID SAAD KHALID ALJABRI; MOHAMMED SAAD KH ALJABRI; NEW EAST (US) INC.; NEW EAST 804 805 LLC; and NEW EAST BACK BAY LLC,

Defendants, Appellees,

UNITED STATES,

Intervenor, Appellee.

**JUDGMENT**

Entered: January 27, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court is affirmed. Each side shall bear its own costs.

By the Court:

Maria R. Hamilton, Clerk

cc: Denis Michael King, Richard M. Zielinski, Douglas B. Rosner, Meaghan Christina Gragg, Neil J. Oxford, Samuel W. Salyer, William R. Stein, Michael Gottlieb, Marie Annie Houghton-Larsen, R. Robert Popeo, Ian Heath Gershengorn, Lindsay C. Harrison, Scott C. Ford, Kevin Paul Martin, Faith E. Gay, Caitlin J. Halligan, Jaime Ann Santos, Sharon Swingle, Lewis Yelin, Donald Campbell Lockhart