# United States Court of Appeals
## For the First Circuit

No. 22-1052

SAKAB SAUDI HOLDING COMPANY,

Plaintiff - Appellant,

v.

SAAD KHALID S. ALJABRI; KHALID SAAD KHALID ALJABRI; MOHAMMED SAAD KH ALJABRI; NEW EAST (US) INC.; NEW EAST 804 805 LLC; NEW EAST BACK BAY LLC,

Defendants - Appellees,

UNITED STATES,

Intervenor - Appellee.

**MANDATE**

Entered: February 21, 2023

    In accordance with the judgment of January 27, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Scott C. Ford, Faith E. Gay, Ian Heath Gershengorn, Michael Gottlieb, Meaghan Christina Gragg, Caitlin J. Halligan, Lindsay C. Harrison, Marie Annie Houghton-Larsen, Denis Michael King, Donald Campbell Lockhart, Kevin Paul Martin, Neil J. Oxford, R. Robert Popeo, Douglas B. Rosner, Samuel W. Salyer, Jaime Ann Santos, William R. Stein, Sharon Swingle, Lewis Yelin, Richard M. Zielinski